862

No. 79–6784. CANADY v. UNITED STATES  C. A. 5th Cir. Certiorari denied.

No. 79–6785. PRATER v. BROWN. C. A. 9th Cir. Certiorari denied.

No. 79–6786. WELLS v. SOUTHERN AIRWAYS, INC., ET AL. C. A. 5th Cir.  Certiorari denied.

No. 79–6787. SANCHEZ-JARAMILLO v. UNITED STATES. C. A. 7th Cir.  Certiorari denied.

No. 79–6788. EASTON v. OREGON STATE BAR.  Sup. Ct. Ore.  Certiorari denied.

No. 79–6789. SMALLWOOD v. DELAWARE.  Sup. Ct. Del. Certiorari denied.

No. 79–6790. ARTHUR v. PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 79–6791. PARSLEY v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 79–6792. TARKO v. BUCHANAN, DBA ARNOLD A. SEMLER, INC.  C. A. 7th Cir.  Certiorari denied.

No. 79–6793. DAVIDSON v. WILKINSON, WARDEN, ET AL. C. A. 7th Cir.  Certiorari denied.

No. 79–6795. DUTT v. ALABAMA STATE UNIVERSITY ET AL. C. A. 5th Cir.  Certiorari denied.